# United States District Court
# Central District of California

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION; KONINKLIJKE PHILIPS NV; THOMSON LICENSING; GE TECHNOLOGY DEVELOPMENT, INC.; PANASONIC CORPORATION; SONY CORPORATION,<br><br>        Plaintiffs,<br>   v.<br>VIEWSONIC CORPORATION,<br>        Defendant. | Case No. 2:14-cv-00903-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

The Court is in receipt of the parties' Notice of Settlement indicating that the parties have settled *all* claims and counterclaims. (ECF No. 64.) Based on the timeline set forth in the Notice of Settlement, the Court hereby **ORDERS** the parties to **SHOW CAUSE**, in writing no later than **Friday, May 23, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are

/ / /

1 | **VACATED** and taken off calendar.  This Order to Show Cause will be discharged
2 | upon the filing of a stipulation to dismiss or proposed order of dismissal.
3 |     **IT IS SO ORDERED.**
5 | May 5, 2014

                                              _____
                                                  **OTIS D. WRIGHT, II**
                                           **UNITED STATES DISTRICT JUDGE**

2